IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

L. C. LEWIS                                                                                             PLAINTIFF

V.                                                                                              NO. 4:07CV24-P-S

CANNON MOTORS                                                                                  DEFENDANT

## FINAL JUDGMENT

In accordance with a Memorandum Opinion issued this day, **IT IS ORDERED AND ADJUDGED** that:

(1) Defendant Cannon Motors' Motion for Summary Judgment [36] is **GRANTED**; therefore,

(2) All of the plaintiff's claims are **DISMISSED WITH PREJUDICE**; and

(3) This case is **CLOSED** with all parties to bear their own costs.

**SO ORDERED** this the 25th day of August, A.D., 2008.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE